# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2014

148440

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RYAN MICHAEL BYLSMA,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148440
COA: 317904
Kent CC: 10-011177-FH

On order of the Court, the application for leave to appeal the November 12, 2013 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Hartwick* (Docket No. 148444) and *People v Tuttle* (Docket No. 148971) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2014



Clerk

p0604